IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
IN RE:                          )
                                )
SAMMY ALLEN GRAY, JR.,          )
                                )
    Debtor.                     )
                                )
                                )
PIONEER CREDIT COMPANY          )
OF ALABAMA, INC., d/b/a         )
1st South East Acceptance       )
Corporation,                    )
                                )
    Appellant,                  )
                                )   CIVIL ACTION NO.
    v.                          )     1:10cv983-MHT
                                )          (WO)
SAMMIE ALLEN GRAY, JR.,         )
                                )
    Appellee.                   )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that the decision of the bankruptcy court awarding attorney's fees to the appellee is affirmed.

It is further ORDERED that costs are taxed against the appellant, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 6th day of September, 2011.**

                                          **/s/ Myron H. Thompson**
                                    **UNITED STATES DISTRICT JUDGE**